**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CRISTAL GARCIA,

               Plaintiff,

  - against -

UNIVERSITY OF MOUNT SAINT VINCENT,

               Defendant.

Index No.: 1:25-cv-09570 (JSR)

**[PROPOSED] ORDER**

As Defendant has uploaded Docket No. 27 in error, there exists good cause to remove the document at Docket No. 27 and instead recognize Docket No. 29 as the full and accurate Rule 56.1 Statement accompanying Defendant's Motion for Summary Judgment. This relief is jointly requested by the parties and as such, there is no risk of prejudice.

    **IT IS SO ORDERED**:

Dated: April 22, 2026
      New York, New York


SO ORDERED:

_____
Hon. Jed S. Rakoff
Southern District of New York