**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 CRISTAL GARCIA,

                                    Plaintiff,

            -against-                                        25 **CIVIL** 9570 (JSR)

                                                            **JUDGMENT**

UNIVERSITY OF MOUINT SAINT VINCENT,

                                    Defendant.
----------------------------------------------------------------X

            It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated June 15, 2026, the Court has granted the University's

motion for summary judgment in its entirety and has denied Garcia's motion. Final judgment is

entered in favor of the defendant; accordingly, the case is closed.

**Dated:** New York, New York

            June 16, 2026

                                                **TAMMI M. HELLWIG**
                                    _____
                                                **Clerk of Court**

                        **BY:**            K. mango
                                    _____
                                                **Deputy Clerk**